PB-57 Doe v Lutheran Church Mo. Synod (2025 NY Slip Op 03437)

PB-57 Doe v Lutheran Church Mo. Synod

2025 NY Slip Op 03437

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ.

266 CA 23-01581

[*1]PB-57 DOE, PLAINTIFF-APPELLANT,
T
v
HE LUTHERAN CHURCH MISSOURI SYNOD, ET AL., DEFENDANTS, AND THE LUTHERAN CHURCH-MISSOURI SYNOD EASTERN DISTRICT, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

PHILLIPS & PAOLICELLI, LLP, NEW YORK CITY (VICTORIA E. PHILLIPS OF COUNSEL), AND COONEY & CONWAY, CHICAGO, ILLINOIS, FOR PLAINTIFF-APPELLANT.
HODGSON RUSS LLP, BUFFALO (JULIA M. HILLIKER OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered August 24, 2023. The order granted the motion of defendant The Lutheran Church-Missouri Synod Eastern District for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in PB-57 Doe v The Lutheran Church Missouri Synod ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court